

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br><br>David HERNANDEZ-Vasquez,<br><br><br><br><br>　　　　　　　Defendants. | Magistrate Docket No.  '21 MJ01546<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |

The undersigned complainant being, duly sworn, states:

On or about April 23, 2021, within the Southern District of California, defendant David HERNANDEZ-Vasquez, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Omar Osvaldo CASTREJON-Chavez, Jose Angel SANCHEZ-Juarez and Juan Jose ZAVALA-Alvarado, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SIGNATURE OF COMPLAINANT
　　　　　　　　　　　　　　　　　　　Matthew R. Kucewicz
　　　　　　　　　　　　　　　　　　　Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 26, 2021.

　　　　　　　　　　　　　　　　　　　_Barbara L Major_
　　　　　　　　　　　　　　　　　　　HON. BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

CONTINUATION OF COMPLAINT:
David HERNANDEZ-Vasquez

## AMENDED PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Omar Osbaldo CASTREJON-Chavez, Jose Angel SANCHEZ-Juarez and Juan Jose ZAVALA-Alvarado, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 23, 2021, The United States Coast Guard (USCG) came in contact with a vessel with 11 individuals on it. The USCG requested Border Patrol assistance in order to conduct an immigration inspection on the individuals.

USCG Machinery Technician Second Class (MK2) E. White advised Agent Simeon that the vessel used in this smuggling event was observed floating low in the water with three visible occupants. USCG made the decision to conduct a vessel inspection, and upon boarding, USCG Boatswain's Mate Second Class (BM2) U. Dukes saw an individual throw what appeared to be an electronic device overboard into the ocean. This individual was later identified as the defendant, David HERNANDEZ -Vasquez.

On April 23, 2021, Border Patrol Agent M. Simeon was assigned to the Imperial Beach Border Patrol Station's area of responsibility, and responded to the USCG's request for assistance. Agent Simeon was in plain clothes with his agency issued ballistics vest with agency identifying badges and insignia visible. At approximately 7:45 PM, the USCG intercepted a pleasure craft vessel in United States Customs Waters, approximately three miles west of the coast of San Diego, California (CA). USCG boarded the vessel and encountered 11 individuals. The vessel and the 11 individuals were transported to the Point Loma Naval Base, located in San Diego, CA for further evaluation.

At approximately 8:30 PM, Agent Simeon responded to a request to conduct an immigration evaluation of 11 individuals at the Point Loma Naval Base. Upon arrival at the Point Loma Base, Agent Simeon waited for USCG to arrive. At approximately 9:00 PM, USCG disembarked, and Agent Simeon then performed an immigration inspection of all 11 individuals and determined all of them to be Mexican Citizens without immigration documents that would allow them to enter or remain in the United States legally. At approximately 9:15 PM, Agent Simeon placed the defendant, David HERNANDEZ-Vasquez, and material witnesses, Omar Osbaldo CASTREJON-Chavez, Jose Angel SANCHEZ-Juarez and Juan Jose ZAVALA-

**CONTINUATION OF COMPLAINT:**
David HERNANDEZ-Vasquez

Alvarado under arrest. Also placed under arrest were Moises CANSINO-Roman, Yolanda DIAZ-Mora, Hugo DORANTE, Miguel Alfonso MORENO-Contreras, Teresa NAVARRO-Lucatero, Anareli SANCHEZ-Sanchez and Osvaldo SANTOS-Arriage.

At the station, the defendant, David HERNANDEZ-Vasquez, was advised of his Miranda rights. HERNANDEZ stated that he understood his rights and was willing to answer questions. HERNANDEZ stated that an individual negotiated with him to helm the vessel in this event, in exchange for a free ride to the United States. HERNANDEZ admitted to being the captain of the vessel. HERNANDEZ also admitted to using a Global Positioning System (GPS) to guide him and tossing it into the water once he noticed the USCG approaching the vessel. HERNANDEZ stated that he was born in Mexico and that he was coming to the United States to find work.

Material witnesses CASTREJON, SANCHEZ and ZAVALA admitted to being citizens of Mexico, and not having any documents that would allow them to enter or remain in the United States legally. All three material witnesses stated that they were taken in a gray van to a boat dock in Mexico, where they boarded the vessel in this smuggling event. All three stated that they were going to pay $14,000 for the arrangement of being smuggled into the United States. When presented with a photographic line-up, all three material witnesses identified photo # 11 as the captain of the vessel in which they were encountered. Photo #11 depicts the defendant, David HERNANDEZ-Vasquez.

CONTINUATION OF COMPLAINT:
David HERNANDEZ-Vasquez

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Omar Osbaldo CASTREJON-Chavez, Jose Angel SANCHEZ-Juarez and Juan Jose ZAVALA-Alvarado, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 23, 2021, The United States Coast Guard (USCG) came in contact with a vessel with 11 individuals on it. The USCG requested Border Patrol assistance in order to conduct an immigration inspection on the individuals.

On April 23, 2021, Border Patrol Agent M. Simeon was assigned to the Imperial Beach Border Patrol Station's area of responsibility, and responded to the USCG's request for assistance. Agent Simeon was in plain clothes with his agency issued ballistics vest with agency identifying badges and insignia visible. At approximately 7:45 PM, the USCG intercepted a pleasure craft vessel in United States Customs Waters, approximately three miles west of the coast of San Diego, California (CA). USCG boarded the vessel and encountered 11 individuals. The vessel and the 11 individuals were transported to the Point Loma Naval Base, located in San Diego, CA for further evaluation.

At approximately 8:30 PM, Agent Simeon responded to a request to conduct an immigration evaluation of 11 individuals at the Point Loma Naval Base. Upon arrival at the Point Loma Base, Agent Simeon waited for USCG to arrive. At approximately 9:00 PM, USCG disembarked, and Agent Simeon then performed an immigration inspection of all 11 individuals and determined all of them to be Mexican Citizens without immigration documents that would allow them to enter or remain in the United States legally. At approximately 9:15 PM, Agent Simeon placed the defendant, David HERNANDEZ-Vasquez, and material witnesses, Omar Osbaldo CASTREJON-Chavez, Jose Angel SANCHEZ-Juarez and Juan Jose ZAVALA-Alvarado under arrest. Also placed under arrest were Moises CANSINO-Roman, Yolanda DIAZ-Mora, Hugo DORANTE, Miguel Alfonso MORENO-Contreras, Teresa NAVARRO-Lucatero, Anareli SANCHEZ-Sanchez and Osvaldo SANTOS-Arriage.

USCG Machinery Technician Second Class (MK2) E. White advised Agent Simeon that the vessel used in this smuggling event was observed floating low in the water with three visible occupants. USCG made the decision to conduct a vessel inspection, and upon boarding, USCG

CONTINUATION OF COMPLAINT:
David HERNANDEZ-Vasquez

Boatswain's Mate Second Class (BM2) U. Dukes saw an individual throw what appeared to be an electronic device overboard into the ocean. This individual was later identified as the defendant, David HERNANDEZ -Vasquez.

At the station, the defendant, David HERNANDEZ-Vasquez, was advised of his Miranda rights. HERNANDEZ stated that he understood his rights and was willing to answer questions. HERNANDEZ stated that an individual negotiated with him to helm the vessel in this event, in exchange for a free ride to the United States. HERNANDEZ admitted to being the captain of the vessel, and to using a Global Positioning System (GPS) to guide him and tossing it into the water once he noticed the USCG approaching the vessel. HERNANDEZ stated that he was born in Mexico and that he was coming to the United States to find work.

Material witnesses CASTREJON, SANCHEZ and ZAVALA admitted to being citizens of Mexico, and not having any documents that would allow them to enter or remain in the United States legally. All three material witnesses stated that they were taken in a gray van to a boat dock in Mexico, where they boarded the vessel in this smuggling event. All three stated that they were going to pay $14,000 for the arrangement of being smuggled into the United States. When presented with a photographic line-up, all three material witnesses identified photo # 11 as the captain of the vessel in which they were encountered. Photo #11 depicts the defendant, David HERNANDEZ-Vasquez.

**Executed on April 25, 2021 at 10:00 AM.**

Jon D. Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on April 23, 2021, in violation of 8 USC 1324(a)(1)(A)(i).

Barbara L. Major
HON. BARBARA L. MAJOR
United States Magistrate Judge

11:32 AM, Apr 25, 2021
Date/Time